■ CATING ROPE WORKS, INC., Respondent, v. PETER C. JOHNSON et al., Appellants.— Motion for reargument of motion for a stay pending appeal denied, without costs. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ JACKSON CROSS, as Administrator C. T. A. of the Estate of FRANK B. CROSS, Deceased, Respondent, v. RUTH B. ABBOTT, Appellant.— Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal at the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar peremptorily against appellant. The record and appellant's brief must be served and filed on or before September 1, 1960. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ DEGEN & SCHOEN CO., INC., Respondent, v. ZEMACH DAVID DEVELOPMENT CORP., Appellant.— Motion for reargument of motion for a stay of all proceedings pending appeal denied, without costs. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ SIDNEY DIAMANT, Respondent, v. MOUNT PLEASANT WESTCHESTER CEMETERY CORPORATION, Respondent, et al., Defendant, and CEMETERY BOARD, Appellant.— Motion for reargument referred to the court that rendered the decision. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur. Motion for reargument denied, with $10 costs. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur; Kleinfeld, J., not voting.

■ DENIS J. DONEGAN et al., Respondents, v. RICHARD J. BOYLAN et al., Appellants, et al., Defendants.— Motion to abbreviate record on appeal denied, without prejudice to an appropriate application to the Trial Justice upon the settlement of the case on appeal and without prejudice to a subsequent application to this court, if so advised, to dispense with the printing of any portion of the settled case (see *Village of Port Chester* v. *Sheehan*, 5 A D 2d 839). Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ MANSFIELD DRISKELL, Respondent, v. CHARLES ALFANO, Appellant.— Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal at the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before September 1, 1960. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ BENJAMIN EISENBERG, Respondent, v. RICHARD WALLEN et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ In the Matter of BROOKLYN BAR ASSOCIATION, Petitioner. CHARLES KATZENSTEIN, an Attorney, Respondent.— The issue as to whether respondent willfully disobeyed the subpœnas issued out of this court is referred to Honorable GEORGE A. ARKWRIGHT, Official Referee, to hear and report, together with his recommendation. In the meantime, the application to punish respondent for contempt will be held in abeyance. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.